UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


BETHANY PELLETIER

        v.                            C.A. No. 13-651 ML

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Objection to the Report and Recommendation issued on December 15, 2014 (Docket #15). This Court has reviewed the Report and Recommendation and Plaintiff's Objection.

The Court has determined that the Magistrate Judge correctly applied the law to the record facts. Accordingly, the Report and Recommendation is adopted in full. Plaintiff's Motion to Reverse is DENIED, and Defendant's Motion to Affirm is GRANTED.


SO ORDERED:


*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
January 20, 2015